UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN MUSHROOM, INC., dba American Produce Distributors<br><br>Plaintiff,<br><br>v.<br><br>Bleu Boheme, Inc., a California corporation, Philippe Beltran, an individual, and John Does 1 – 10,<br><br>Defendants. | Civil Action, No.: 10cv0912JM(NLS)<br><br>ORDER |

Upon reading Parties' Joint Motion for Preliminary Injunction, the Court hereby ORDERS:

(1) Defendants, their customers, agents, escrow agents, officers, subsidiaries, assigns, and related entities, shall not alienate, dissipate, pay over or assign any assets of Bleu Boheme, Inc., Philippe Beltran, or their subsidiaries or related companies except for payment to Plaintiff until further order of this Court or until Defendants pay Plaintiff the sum of $ 3,000, which sum represents the remaining balance of principal, interest, reasonable attorney fees, bank charges, and costs, by cashier's check or certified check at which time the Order is dissolved.

(2) In the event Defendants fail to pay Plaintiff the sum referenced in the previous paragraph by cashier's or certified check on or before June 30, 2010, then the Defendants shall

1

file with this Court, and provide a copy to Plaintiff's counsel, an accounting which identifies the assets and liabilities including each account receivable of Defendants signed under penalty of perjury. Defendants shall also supply to Plaintiff's attorney, on or before July 15, 2010, any and all documents in connection with the assets and liabilities of the Defendants and their related and subsidiary companies, including, but not limited to, the most recent balance sheets, profit/loss statements, accounts receivable reports, accounts payable reports, accounts paid records and income tax returns.

    (3)    Bond shall be waived in view of the fact that Defendants now hold the aggregate amount of $ 3,000 of Plaintiff's assets.

    (4)    This Preliminary Injunction is entered this <u>14th day of May, 2010</u>.

    (5)    The Plaintiff shall forthwith serve Defendants and their counsel with a copy of this Order.

IT IS SO ORDERED.

Dated: May 14, 2010            By: _____
                                       Hon. Jeffrey T. Miller
                                       United States District Court